IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERENCE D. BARNES,
    Plaintiff,

vs.                                                   Case No.: 3:14cv100/MCR/EMT

LARRY BATCHELOR MECHANICAL, LLC,
    Defendant.
_____/

## **REPORT AND RECOMMENDATION**

    This matter is before the court upon referral by the clerk.

    Following the withdrawal of Plaintiff's counsel, the district court referred this cause to the undersigned to conduct evidentiary and such other proceedings as might be required and to enter a report and recommendation containing proposed findings of fact and conclusions of law and recommended disposition of the case (doc. 16).  Defendant filed a motion for summary judgment on November 19, 2014 (doc. 17), and on November 24, 2014, the court issued an order instructing Plaintiff with respect to the procedural rules and legal standards governing summary judgment motions and giving him thirty (30) days in which to respond to Defendant's motion (doc. 19).

    In its November 24, 2014, order the court also required Plaintiff, within ten (10) days of the date of its order, to file a notice in which he affirmatively demonstrated his continued interest in prosecuting this case.  Plaintiff was advised that if he did not timely file the notice, the court would immediately recommend to the district court that this case be dismissed without prejudice for the failure to prosecute and the failure to comply with an order of the court.[1]  In addition, the court

---

[1] Plaintiff was further advised that no order to show cause for the failure to file the notice would issue but rather that the court would enter its report and recommendation of dismissal immediately following any failure to respond.  The court noted, however, that Plaintiff would have thirty (30) days following this court's entry of its report and recommendation in which to object to the dismissal.

informed Defendant that if it had any objection to dismissal of this action without prejudice for the failure to prosecute and failure to comply with an order of the court, it should so inform the court within ten (10) days of the date of its order.  Plaintiff has not filed a notice advising of his continued interest in prosecuting this case or otherwise responded to the court's November 24, 2014, order, and Defendant has voiced no objection to dismissal of this action without prejudice for the failure to prosecute and the failure to comply with an order of the court.

Accordingly, it is respectfully **RECOMMENDED**:

This action be **DISMISSED**, without prejudice, for Plaintiff's failure to prosecute and failure to comply with an order of the court.

**DONE AND ORDERED** this 12<u>th</u> day of December 2014.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* **28 U.S.C. § 636;** <u>United States v. Roberts</u>**, 858 F.2d 698, 701 (11th Cir. 1988).**