UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TERENCE D. BARNES,

    Plaintiff,

v.                                        Case No.: 3:14cv100/MCR/EMT

LARRY BATCHELOR MECHANICAL, LLC,

    Defendant.
_____/

## O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated December 12, 2014.  (Doc. 20).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **DISMISSED**, without prejudice, for Plaintiff's failure to prosecute and  failure to comply with an order of the Court.

    **DONE AND ORDERED** this 22nd day of December 2014.

                    *s/ M. Casey Rodgers*
                    **M. CASEY RODGERS**
                    **CHIEF UNITED STATES DISTRICT JUDGE**