UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TERENCE D BARNES,**

    **Plaintiff,**

v.                                  Case No.:  3:14cv100/MCR/EMT

**LARRY BATCHELOR MECHANICAL LLC,**

    **Defendant.**
_____/

## ORDER

    The Court previously adopted the Magistrate Judge's Report and Recommendation, dismissing this case for failure to comply with an order of the Court, and the Clerk entered judgment.  Because of confusion in the Court's referral process, the Court vacated that judgment to allow for full review of Defendant's objection.  Defendant argued that the dismissal should be with prejudice due to Plaintiff's willful delay and decision to abandon the case in progress.  Defendant diligently defended its rights and filed a summary judgment motion, to which Plaintiff failed to respond and which remained pending at the time of the Court's dismissal for failure to comply with an order of the Court.  After vacating the previously entered judgment, the Court gave Plaintiff an opportunity to respond Defendant's objection and request for dismissal with prejudice with notice that failure to respond would result in dismissal of the case with prejudice.  Plaintiff has not responded, and the time for doing so has passed.

    Therefore, the Court finds that dismissal with prejudice is appropriate because of Plaintiff's willful failure to respond to the Court's orders or to prosecute this case.  The Court also finds that in light of Plaintiff's abandonment of this case after summary judgment had been filed, any lesser sanction would be inadequate.

    Accordingly:

    1.    The Court's prior adopting order (doc. 22) is modified for the reasons stated above to dismiss this case **with prejudice** for Plaintiff's willful noncompliance with two

Court orders, failure to respond to Defendant's summary judgment motion, and failure to prosecute.

    2.    The Clerk is directed to enter judgment dismissing the case with prejudice.

**DONE AND ORDERED** this 16th day of January, 2015.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF  UNITED  STATES  DISTRICT  JUDGE**